# Exhibit C

| Claim 11 | CONSTRUCT PRO Single Gang Bulk Wire Plate with Quick Install Mounting Wings (White) (Model CON5051BWP) |
|---|---|
| A wall plate for mounting about a wall opening of a wall in a wall structure for passing an electrical cable from inside the wall structure through the wall opening to outside the wall structure, said wall plate comprising: | <br><br>**Description & Features**<br><br>**Construct Pro™ Single Gang Bulk Wire Plate w/Quick Install Mounting Wings (White)**<br>The Construct Pro™ single gang bulk wire plate is a uniquely designed wall plate with quick install mounting wings pre-installed. This plate was extensively thought out and designed to perfection.<br><br>http://www.skywalker.com/Products/Construct-Pro-Single-Gang-Bulk-Wire-Plate-wQuick-Install-Mounting-Wings-(White)__CON5051BWP.aspx |

a support plate having an inner surface for mounting against the wall and about the opening in the wall,



Inner Surface

Support Plate

Support Plate

**Inverted**
This plate is inverted which allows it to sit flush with the wall and won't impede with A/V components.

http://www.skywalker.com/Products/Construct-Pro-Single-Gang-Bulk-Wire-Plate-wQuick-Install-Mounting-Wings-(White)__CON5051BWP.aspx

a support plate opening formed in the support plate for alignment with the wall opening,



Support Plate Opening

Support Plate Opening

**Clean Pass-Through**
With this plate, there are no tight turns that can pinch and damage cables. The large opening is great for bulk wire.

http://www.skywalker.com/Products/Construct-Pro-Single-Gang-Bulk-Wire-Plate-wQuick-Install-Mounting-Wings-(White)__CON5051BWP.aspx

a cable support extension mounted to the support plate and forming a cable passage extending away from the inner surface of the support plate for projecting through and beyond the wall opening and into the wall and defining an inner opening for placement in the wall structure, the cable support extension configured for forming an interior sight barrier on the inside of the support plate when viewing from outside the wall structure through the support plate opening for blocking the view of the inside of the wall structure.



Cable Support Extension

Cable Passage

Cable Support Extension

Cable Passage

Inner Opening



Interior Sight Barrier

http://www.skywalker.com/Products/Construct-Pro-Single-Gang-Bulk-Wire-Plate-wQuick-Install-Mounting-Wings-(White)__CON5051BWP.aspx